UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                           Case Number 19-20652

v.                                         Honorable David M. Lawson

STEVEN KING,

        Defendant.
_____/

## ORDER CANCELING DISCONTINUATION OF NOTICES AND CONTINUING APPEARANCE OF ATTORNEY NATASHA WEBSTER

On October 3, 2019, attorney Natasha Webster entered her appearance as counsel of record for defendant Steven King.  On October 8, 2019, a text-only docket entry was recorded, at attorney Webster's initiative, discontinuing notices of electronic filing.  That docket transaction had the effect of marking Ms. Webster's appearance on behalf of the defendant as "terminated."  The discontinuation of notices was improper and the "termination" of counsel for the defendant was ineffective, because attorney Webster has not sought leave to withdraw her appearance as counsel of record.  "An attorney, whether retained or appointed, who enters a post-indictment appearance shall continue to represent the defendant until the case is dismissed, the defendant is acquitted, or the direct appeal is completed unless the attorney is granted leave to withdraw by the District Court or the Court of Appeals if notice of appeal has been filed."  E.D. Mich. LCrR 57.1(a).  "An attorney who has appeared in a criminal case may thereafter withdraw only by written motion served upon the defendant personally or at the defendant's last-known address and upon all other parties."  E.D. Mich. LCrR 57.1(b).  The prosecution has not concluded, and attorney Webster has not presented any properly served motion to withdraw as counsel of record for the defendant.

- 2 -

Accordingly, it is **ORDERED** that the Clerk of Court shall **REVERSE** the discontinuation of notices of electronic filing to attorney Natasha Webster and **CORRECT** the electronic docket to remove the notation of her termination as counsel of record. Attorney Webster's appearance as counsel for defendant Steven King is **CONTINUED** until further order of the Court.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Date:   October 15, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on October 15, 2019.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI

---