UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                    Case Number 19-20652

v.                                                Honorable David M. Lawson

KATHERINE PETERSON,

        Defendant.

_____/

## ORDER GRANTING IN PART MOTION TO
## PROCEED WITHOUT LOCAL COUNSEL

This matter is before the Court on a motion by the defendant for leave to proceed without a designation of local counsel. The Court has reviewed the motion and finds that the defendant has shown good cause for relief from the requirement of designating local counsel. *See* E.D. Mich. LR 83.20(f)(1). The defendant also requested in her motion that "relief be granted by text order only." The Court is unable to discern any reason to grant relief in that manner, and the motion recites no factual or legal basis for that request.

Accordingly, it is **ORDERED** that the defendant's motion to proceed without local counsel (ECF No. 142) is **GRANTED IN PART**, and the defendant is relieved from the requirement of designating local counsel. The request for a ruling by text order is **DENIED**.

                                                                 s/David M. Lawson
                                                                 DAVID M. LAWSON
                                                                 United States District Judge

Date:  November 4, 2019

- 2 -

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on November 4, 2019.

                                s/Susan K. Pinkowski
                                SUSAN K. PINKOWSKI