UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     CR. NO. 19-20652

                                        Hon. David M. Lawson

STEVEN KING                      Magistrate Judge David R. Grand

        Defendant.

_____/

## STIPULATION AND ORDER TO EXTEND RESPONSE
## TO GOVERNMENT'S MOTION TO COMPEL THE DEFENDANT TO SUBMIT A FINANCIAL AFFIDAVIT

NOW COME the above parties, by and through their respective counsel, and stipulate to extending the time in which to respond to the Government's Motion To Compel The Defendant To Submit A Financial Affidavit from December 4, 2019 to December 11, 2019 for the reasons that counsel needs additional time to consult with Mr. King and prepare a response.

| | |
|---|---|
| s/Malisa Dubal w/consent | s/ Natasha D. Webster |
| Malisa Dubal | Natasha Webster |
| John J. McCormack | Attorney for Mr. King |
| Trial Attorneys | Deputy Defender |
| U.S. Department of Justice | Federal Community Defender |
| Criminal Division, Fraud Section | 613 Abbott Street, Suite 500 |
| 1400 New York Avenue, NW | Detroit, MI 48226 |
| Washington, DC 20005 | (313) 967-5847 |
| Ph: (202)-660-2001 | Natasha_Webster@fd.org |
| Email: Malisa.Dubal@usdoj.gov | |

Dated: December 3, 2019

**So Ordered:**

                                                        s/David R. Grand
                                                        Hon David R. Grand
                                                        United States Magistrate Judge

Entered: 12/4/19