UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case Number 19-20652
Honorable David M. Lawson

JAMES LETKO,

    Defendant.
_____/

## ORDER MODIFYING BOND CONDITIONS

This matter is before the Court on the defendant's motion to modify his bond conditions to permit the collection of certain billings to Medicare for services provided before October 31, 2019, for which the amounts due were not paid fully before that date. The Court has reviewed the submissions of the parties and heard oral argument on February 6, 2019. The government did not oppose the limited amendment of bond conditions that the defendant proposed. The Court has considered the request, and after weighing the factors listed in 18 U.S.C. § 3145 (a)(2), the Court finds that the modification should be allowed.

Accordingly, it is **ORDERED** that the defendant's motion to modify bond conditions (ECF No. 62) is **GRANTED**, and condition 7(t) of the order setting conditions of release on bond, issued on October 1, 2019, is **AMENDED** as follows: The defendant may submit all outstanding bills for goods sold prior to October 31, 2019 which have yet to be billed under Medicare Part B. The outstanding billings submitted by the defendant shall not exceed 2,809 billings for DME goods and $129,436.22 in amounts due.

It is further **ORDERED** that all other conditions of the defendant's release on bond remain in full force and effect.

- 2 -

                                                  s/David M. Lawson  
                                                  DAVID M. LAWSON  
                                                  United States District Judge

Date:   February 6, 2020

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on February 6, 2020.

                      s/Susan K. Pinkowski  
                      SUSAN K. PINKOWSKI