UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMES LETKO, STEVEN KING,
RAMI LAZEKI, PATRICIA FLANNERY,
and KATHERINE PETERSON,

      Defendants.
_____/

Case Number 19-20652
Honorable David M. Lawson

## ORDER EXTENDING MOTION FILING DEADLINE

Pursuant to the stipulation of the parties (ECF No. 80),

It is **ORDERED** that if the parties want to file any pretrial motions then they must do so **on or before July 1, 2020**. All other provisions of the previously issued scheduling order, as amended, remain in full force and effect.

                                                                          s/David M. Lawson
                                                                          DAVID M. LAWSON
                                                                          United States District Judge

Dated:  May 29, 2020